IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL TITUS**                                                                                              **PLAINTIFF**

**V.**                                **CASE NO. 5:23-CV-5085**

**PAROLE OFFICER YOSIDA PHAYPANYA,**
Arkansas Community Correction
at Phoenix House Recovery Renewal                                              **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 14) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening pursuant to 28 U.S.C. § 1915(e)(2), the case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. Further, given the facts in the Complaint and the analysis in the R&R, the Court finds that any appeal taken from this dismissal would not be in good faith.

**IT IS SO ORDERED** on this 26th day of July, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE